JOHN E. HUTH, ASSIGNEE, ETC., RESPONDENT, v. JEAN JORDEAU, INCORPORATED, APPELLANT.

Argued October 20, 1932—Decided January 5, 1933.

For the respondent, *Tumulty & Tumulty*.

For the appellant, *Lionel P. Kristeller*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Circuit Court Judge Oliphant, to whom the case was referred, and whose opinion is printed in 10 *N. J. Mis. R.* 155.

*For reversal*—None.